Edwin Weaver, Respondent, v. DeEtta Flander, Appellant.— Judgment and order affirmed, with costs. All concurred.

In the Matter of the Proceedings for the Disbarment of Wilson H. Gardenier, an Attorney and Counselor at Law.— Report of referee confirmed and the said Wilson H. Gardenier is suspended from practice as an attorney and counselor at law for malpractice until further order of the court. All concurred.

William J. Millring, Appellant, v. Marie Keitsch and Another, Respondents.— Motion for reargument denied, with ten dollars costs.

James K. Whitaker, Appellant, v. Allen E. Kilby and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.

Mary E. Pirong, as Administratrix, etc., Respondent, v. Syracuse Lighting Company, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied.

Harriet Coe, as Executrix, etc., Respondent, v. Mary Patterson and Others, Appellants.— Motion for reargument denied, with ten dollars costs.

Charles M. Lane, Respondent, v. Albert O. Fenn and Others, Appellants, Impleaded with Eugene Satterlee and Adolphus Busch.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. Held, that the moving papers did not show that the examination was necessary to frame the complaint, or that the testimony of the persons to be examined was material and necessary in the prosecution of the action, issue not having been joined; also on the ground that the affidavit on which the order of examination was granted was defective and insufficient in that it failed to state whether or not the defendants Satterlee and Busch had appeared in the action, and if they or either of them had appeared therein, the name and residence or office address of the attorney by whom they or either of them had appeared. All concurred; Robson, J., on ground last stated, except Spring, J., who dissented and voted for affirmance.

Edward Strauchen, Respondent, v. James S. Pace and Others, Impleaded with William Barr and John A. Creelman, Appellants.—Judgment affirmed, with costs. All concurred, except Robson, J., who dissented.

The People of the State of New York ex rel. Jacob Melenbacker, Appellant, v. William K. Harrison, as President, and Others, as Trustees of the Village of Salamanca, N. Y., and Constituting the President and Board of Trustees of Said Village, Respondents.— Order affirmed, with costs. All concurred.

Edward Walsh, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— Judgment affirmed, with costs. All concurred, except Kruse, J., who dissented.

Lillian C. Tibbitts and Others, Appellants, v. Elwell S. Otis and Others, Respondents.— Judgment affirmed, with costs. All concurred; Robson, J., not sitting.

In the Matter of Proving the Last Will and Testament of Thomas Brighton, Deceased. Mary A. Jeffery, Appellant; Kate Brighton, Respondent. — Decree